# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 2/12/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America
v.
Glenn A. Harris

Case No: 2:04-CR-17-1BO
USM No: 24053-056

Date of Original Judgment: August 8, 2005
Date of Previous Amended Judgment: September 29, 2005
*(Use Date of Last Amended Judgment if Any)*

Christopher Locascio
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

• The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 8, 2005 and September 29, 2005 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 2-17-15

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011