UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Glenn A. Harris**                                                             **Docket No. 2:04-CR-17-1BO**

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Glenn A. Harris, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack) 21 U.S.C. § 841(a)(l), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 8, 2005, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Glenn A. Harris was released from custody on April 15, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On or about March 21, 2018, Mr. Harris left the United States without permission and went on a two day cruise to the Bahamas, which departed out of the Port of Palm Beach, Florida. Additionally, Mr. Harris tested positive for marijuana on two separate occasions; February 12, 2018 and March 13, 2018.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 50 hours of community service during the term of probation/supervised release at a rate of not less than 16 hours per month or as directed by the probation officer. All community service work shall be completed at least 90 days prior to the expiration of the term of supervision. The defendant shall pay any community service fee required as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                                      /s/ Taylor R. O'Neil
Jeffrey L. Keller                                             Taylor R. O'Neil
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                                310 New Bern Avenue, Room 610
                                                                Raleigh, NC 27601-1441
                                                                Phone: 919-861-8698
                                                                Executed On: May 10, 2018

Glenn A. Harris
Docket No. 2:04-CR-17-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___10___ day of ___May___, 2018, and ordered filed and made a part of the records in the above case.

_____Terrence Boyle_____
Terrence W. Boyle
U.S. District Judge